Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 699473

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-62263 | 010-0 | OLAN DEWAYNE MOORE<br>Original Check written to:<br>BRYANT STATE BANK<br>C/O COTTONWOOD FINANCIAL Ltd.<br>1300 W. WALNUT HILL LANE, STE 255<br>IRVING, TX  75038 | xxxxxxx9500 | 1,060.14 | 78.01 | 0.00 | 78.01 |
| 04-62302 | 010-0 | JONATHAN PAUL MARONEY<br>Original Check written to:<br>SARA VASURA<br>4898 CAMBRIDGE DRIVE<br>DUAWOODY, GA  30338-5049 | xxxxxxxxxxxxxIDED | 2,247.03 | 752.97 | 0.00 | 752.97 |
| 04-62302 | 013-0 | JONATHAN PAUL MARONEY<br>Original Check written to:<br>TYLER ISD<br>P O BOX 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxx8000 | 0.00 | 386.48 | 0.00 | 386.48 |
| 04-62308 | 005-0 | FRANCISCO JAVIER MANCHA<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | xx8846 | 0.00 | 87.69 | 0.00 | 87.69 |
| 04-62387 | 012-0 | CLYDE D SANDERS<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx7743 | 708.92 | 19.29 | 0.00 | 19.29 |
| 05-61454 | 006-0 | EDWIN D FITZGERALD<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx5662 | 0.00 | 10.27 | 0.00 | 10.27 |
| 06-60544 | 017-0 | PHILLIP HUDSON, JR.<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxx0983 | 150.76 | 17.24 | 0.00 | 17.24 |