Ronald E. Stadtmueller, Chapter 13 Trustee  Check No. 699481
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-62302 | 016-0 | JONATHAN PAUL MARONEY<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX 75710-2011 | xxxxxxxxxxxxx8000 | 0.00 | 88.60 | 0.00 | 88.60 |
| 04-62302 | 003-0 | JONATHAN PAUL MARONEY<br>Original Check written to:<br>PREMIER FITNESS<br>C/O AMERICAN PROFESSIONAL CREDIT<br>PO BOX 70127<br>MARIETTA, GA 30007 | xxx4416 | 956.79 | 320.61 | 0.00 | 320.61 |
| 04-90831 | 007-0 | JOHN LEE MCKNIGHT<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC 29210 | xxxxxxxxxxxxxxxxx6760 | 371.88 | 434.12 | 0.00 | 434.12 |
| 04-90845 | 008-0 | BILLY JOE HADLOCK<br>Original Check written to:<br>POLK COUNTY TAC<br>416 N WASHINGTON<br>LIVINGSTON, TX 77351 | xxxxxxxxxx01st | 0.00 | 337.65 | 0.00 | 337.65 |
| 04-90847 | 011-0 | DANNY LEE COCHRAN<br>Original Check written to:<br>DAIMLER CHRYSLER<br>1011 WARRENVILLE RD<br>SUITE 600<br>LISLE, IL 60532 | xxxxxxxxxx-000 | 14,460.51 | 712.68 | 0.00 | 712.68 |
| 04-90870 | 003-0 | GERALD WARD<br>Original Check written to:<br>ANGELINA COUNTY TAX OFFICE<br>PO BOX 1344<br>LUFKIN, TX 75902 | xxxxxxxxxxxxxxxxxxx-000 | 0.00 | 268.31 | 0.00 | 268.31 |
| 05-90418 | 005-0 | ODELL FRAILEY, JR.<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC 29210 | xxxxxx3660 | 117.49 | 5.29 | 0.00 | 5.29 |